1 | Willmore F. Holbrow, III (SB# 169688)
2 | bill_holbrow@bstz.com
   | James W. Ahn (SB#243335)
3 | James_ahn@bstz.com
   | BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
4 | 12400 Wilshire Boulevard, Seventh Floor
5 | Los Angeles, California 90025
   | Tel: (310) 207-3800
6 | Fax: (310) 820-5988

FILED
CLERK, U.S. DISTRICT COURT
Mar 27, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

Attorneys for Plaintiff SPIRIT CLOTHING COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SPIRIT CLOTHING COMPANY, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>PENNANT SPORTSWEAR, INC., a New Hampshire corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No: CV 14-6482 SVW (ASx)<br><br>[~~PROPOSED~~] ORDER RE: DISMISSAL |

1

1  The Court having considered the parties Stipulation of Dismissal, and good cause appearing therefor, orders as follows:

1. The action, including all claims and counterclaims, is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. Each party shall bear their own costs and attorneys' fees incurred in connection with this action.

IT IS SO ORDERED.

Dated _____March 27_____, 2015

*/s/ Stephen V. Wilson*

UNITED STATES DISTRICT COURT JUDGE
STEPHEN V. WILSON